**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2052**

---

JO ANN COLE REHFUSS,

Plaintiff - Appellant,

versus

GREENVILLE GENERAL HOSPITAL,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Greenville.  William B. Traxler, Jr., District Judge.  (CA-97-3116)

---

Submitted:  October 20, 1998       Decided:  November 16, 1998

---

Before MURNAGHAN, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jo Ann Rehfuss, Appellant Pro Se.  Sarah McMillan Purnell, George Dewey Oxner, Jr., HAYNSWORTH, MARION, MCKAY & GUERARD, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on her 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Rehfuss v. Greenville General Hosp., No. CA-97-3116 (D.S.C. June 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED